IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDIMANAN BANA HABIB,<br><br>Defendant. | Case No. 3:20-cr-194<br><br>**UNITED STATES' SENTENCING MEMORANDUM** |

    The United States of America, by Drew H. Wrigley, United States Attorney for the District of North Dakota, and Alexander J. Stock, Assistant United States Attorney, requests a sentence at the low end of the guidelines.

    Dated:  February 19, 2021

                                                          DREW H. WRIGLEY
                                                           United States Attorney

                  By:    */s/ Alexander J. Stock*
                           ALEXANDER J. STOCK
                           Assistant United States Attorney
                           ND Bar ID 07979
                           655 First Avenue North, Suite 250
                           Fargo, ND  58102-4932
                           (701) 297-7400
                           alexander.stock@usdoj.gov
                           Attorney for United States