UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | Criminal No. 3:20-cr-194 |
| ) | |
| vs.    ) | |
| ) | **SENTENCING MEMORANDUM** |
| ABDIMANAN BANA HABIB,    ) | |
| ) | |
| Defendant.    ) | |

Abdimanan Bana Habib, through counsel, Assistant Federal Public Defender Chad Pennington, requests a time-served sentence under 18 U.S.C. § 3553(a). Mr. Habib will raise any relevant sentencing arguments at his February 22, 2021, sentencing hearing.

Dated 19th day of February, 2021.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

 /s/  Chad Pennington
Chad Pennington
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
Federal Square, Second Floor
112 Roberts Street North, Suite 200
Fargo, ND 58102
Telephone: 701-239-5111
Facsimile:  701-239-5098
filinguser_SDND@fd.org